

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 21, 2016**

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-32642 |
| | § | |
| **ANTONIO CABALLERO** | § | CHAPTER 13 |
| | § | |
| DEBTOR(S) | § | STACEY G.C. JERNIGAN |

### ORDER GRANTING TRUSTEE'S
### MOTION TO DISMISS WITH PREJUDICE

On the 11th day of August, 2016 came on to be heard the "Trustee's Motion to Dismiss with Prejudice" in this Chapter 13 Proceeding.  The Court finds that good cause exists for the entry of this Order,

**IT IS THEREFORE ORDERED**, that the above "Trustee's Motion to Dismiss with Prejudice" is GRANTED, and

**IT IS FURTHER ORDERED** that this case is dismissed and Debtor is prejudiced to refiling for five (5) years from the date of the entry of this Order.

### End of Order ###

Approved:

/s/ Deborah B. Morton
Deborah B. Morton
Attorney for Chapter 13 Trustee
State Bar No. 14558980
125 E. John Carpenter Freeway
Suite 1100, 11th Floor
Irving, Texas 75062
(214) 855-9200
(214) 965-0758 Fax